FILED

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
RIVERSIDE
BY:_____
2013 APR -4  PM 3: 14

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | Case No. ED CV 13-554-UA (DUTYx) |
| Plaintiff, | ORDER SUMMARILY REMANDING IMPROPERLY-REMOVED ACTION |
| vs. | |
| JUAN NAVA, et al., | |
| Defendants. | |

The Court will remand this unlawful detainer action to state court summarily because defendant removed it improperly.

On March 26, 2013, defendant Juan Nava, having been sued in what appears to be a routine unlawful detainer action in California Superior Court, lodged a Notice of Removal of that action to this Court, and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

Simply stated, plaintiff could not have brought this action in federal court in the first place, in that defendant does not competently allege facts supplying either

1

1   diversity or federal question jurisdiction, and therefore removal is improper.  28

2   U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546,

3   563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Here, defendant asserted federal

4   question jurisdiction as his basis for removal.  But as described in more detail in

5   the Order Denying Defendant's Request to Proceed Without Prepayment of Filing

6   Fee, because the unlawful detainer action to be removed does not actually raise the

7   federal claims to which defendant points, there is no basis to assert federal

8   question jurisdiction.  *See* 28 U.S.C. §§ 1331, 1441.

9         Accordingly, IT IS ORDERED that: (1) this matter be REMANDED to the

10  Superior Court of California, San Bernardino County, Victorville Judicial District,

11  14455 Civic Drive, Victorville, CA 92392, for lack of subject matter jurisdiction

12  pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this

13  Order to the state court; and (3) that the Clerk serve copies of this Order on the

14  parties.

15

16

17  DATED:  4/1/13

18                          HONORABLE GEORGE H. KING
                            CHIEF UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2